UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL JOSEPH PETER and )
THEE DOLLHOUSE PRODUCTIONS )
N.C., INC., )
 )
         Claimants, )
v. ) **JUDGMENT**
 )
 ) No. 5:08-CV-255-FL
REGALE, INC., and BARRY SANDMAN, )
 )
         Respondents. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of claimants' motion to compel arbitration and respondents' amended motion to stay arbitration.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered March 25, 2009, that claimants' motion to compel arbitration is granted as to respondent Regale, but denied as to respondent Sandman. Respondents' amended motion to stay arbitration is granted as to respondent Sandman, but denied as to Regale. The court further denies respondents' request for fees pursuant to N.C. Gen. Stat. § 6-21.5.

**This Judgment Filed and Entered on March 26, 2009, and Copies To:**

Christopher G. Smith (via CM/ECF Notice of Electronic Filing)
Paul Holscher and Caroline C. Schadle (via CM/ECF Notice of Electronic Filing)


March 26, 2009                  DENNIS P. IAVARONE, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk